IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH ALLEN DETWILER, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 12-214 |
| ) | |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Comm'r of Soc. Security, ) | |
| ) | |
| Defendant. ) | |

Donetta W. Ambrose, Senior U.S. Dist. Judge

## MEMORANDUM ORDER

This case was referred to U.S. Magistrate Judge Susan Baxter for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and the Local Rules for Magistrates.

On August 28, 2013, the Magistrate Judge issued a Report and Recommendation (ECF No. 13) recommending that Defendant's Motion for Summary Judgment (ECF No. 11) be granted, that Plaintiff's Motion for Summary Judgment (ECF No. 8) be denied, and that I affirm the decision of the Administrative Law Judge ("ALJ"). Objections to this Report and Recommendation were to be filed no later than September 16, 2013. As of the date of this Order, no Objections have been filed.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation thereto, the following Order is entered:

AND NOW, on this 24th day of September, 2013, IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment (ECF No. 8) is DENIED, Defendant's Motion for Summary Judgment (ECF No. 11) is GRANTED, and the decision of the ALJ is affirmed.

IT IS FURTHER ORDERED that the Report and Recommendation (ECF No. 13) is ADOPTED as the Opinion of the Court.

The Clerk is directed to mark this case closed.

BY THE COURT:

_____
Donetta W. Ambrose
Senior U.S. Dist. Judge